## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CHRISTINE A. REUTHER AND ANI MARIE DIAKATOS, | : | No. 743 MAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DELAWARE COUNTY BUREAU OF ELECTIONS AND CHRISTINE ROSSI, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2018, the Petition for Allowance of Appeal is **GRANTED** as to the following issue, rephrased for clarity:

> Does the failure of a write-in candidate or other candidate who obtains access to the ballot other than through the filing of a nomination petition to timely file a Statement of Financial Interests, as required by 51 Pa.Code § 15.3(e), constitute a "fatal defect," precluding the appearance of the candidate's name on the ballot?